UNITED STATES of America,
Plaintiff–Appellee

v.

Marie Ferdette Arnaud CART,
Defendant–Appellant.

No. 07–30269
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 20, 2007.

James Thomas McManus, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

James Rodney Baum, Baton Rouge, LA, for Defendant–Appellant.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM: *

Marie Ferdette Arnaud Cart pleaded guilty to mail fraud. The district court, after considering the 18 U.S.C. § 3553 factors, determined that the 18 to 24 month advisory guideline range would not provide adequate punishment and instead imposed a non-guideline sentence of 36 months of imprisonment.

Cart argues that the sentence is excessive and unreasonable and that the district court erroneously based its sentencing variance on aggravating circumstances that

---

were already taken into consideration by the Guidelines.

Cart's sentence is reasonable under § 3553(a) because the district court used the properly calculated advisory Sentencing Guidelines as a frame of reference, identified appropriate reasons for the sentencing variance, and made factual findings to support its sentencing determination. *See United States v. Smith*, 440 F.3d 704, 710 (5th Cir.2006). The judgment of the district court is affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.